# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-287 (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Charlie M. Xiong, | |
| Defendant. | |

This matter comes before the Court on Defendant Charlie M. Xiong's Motion for Continuance (ECF No. 15). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (ECF No. 16). Defendant requests a 60-day continuance of the pretrial motions deadline and hearing based on recently produced discovery by the Government and the need for additional time to prepare his defense. By separate e-mail correspondence, the Government has stated it has no objection to Defendant's request.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance (ECF No. 15) is **GRANTED**.

2. The period of time from **December 19, 2018 through March 7, 2019**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **February 20, 2019**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.[1]

4. **Counsel shall electronically file a letter on or before February 20, 2019, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **February 28, 2019**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **February 28, 2019**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **March 4, 2019**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **March 7, 2019**, at **10:00 a.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

10. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT**, the following trial and trial-related dates are:

---

[1] U.S. Mail or hand-deliver to 300 South Fourth Street, Chambers 9W, Minneapolis, MN 55415.

All voir dire questions, jury instructions, and trial-related motions (including motions in limine) must be submitted to District Judge Joan N. Ericksen on or before **March 18, 2019**.

This case must commence trial on **March 25, 2019, at 9:30 a.m.**, before District Judge Ericksen in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Ericksen to confirm the new trial date.**

Dated: December  20 , 2018               *s/ Tony N. Leung*
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          for the District of Minnesota


                                          *United States of America v. Xiong*
                                          Case No. 18-cr-287 (JNE/TNL)